WACHLER & ASSOCIATES, P.C.
ANDREW B. WACHLER
210 E. Third Street, Suite 204
Royal Oak, MI 48067
Telephone: 248.544.0888
Facsimile: 248.544.3111

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIP MEDICAL BILLING, LLC, ET AL.<br><br>Plaintiff(s)<br>v.<br><br>ARK LABORATORY, LLC dba HELIX DIAGNOSTICS, ET AL.<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-09049<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wachler, Andrew B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Wachler & Associates, P.C.
210 E. Third Street, Suite 204
Royal Oak, MI 48067

248.544.0888
*Telephone Number*

248.544.3111
*Fax Number*

AWachler@wachler.com
*E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
ARK LABORATORY, LLC dba HELIX DIAGNOSTICS; HAMID SATTAR; BRIAN TIERNEY; NORMAN KIMINAIA; JAMES GROSSI; and JAMES BERG

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**
Amaral, Annie S.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, California 95814

238189
*Designee's Cal. Bar No.*

916.444.1000
*Telephone Number*

916.444.2100
*Fax Number*

aamaral@downeybrand.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____                       _____
                                            **U.S. District Judge/U.S. Magistrate Judge**