DOWNEY BRAND LLP
ANNIE S. AMARAL (Bar No. 238189)
aamaral@downeybrand.com
J. PATRICK DOUST (Bar. No. 280917)
pdoust@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:  916.444.1000
Facsimile:   916.444.2100

WACHLER & ASSOCIATES, P.C.
ANDREW B. WACHLER (*pro hac vice pending*)
AWachler@wachler.com
STEPHEN SHAVER (admitted *pro hac vice*)
SShaver@wachler.com
210 E. Third Street, Suite 204
Royal Oak, MI 48067
Telephone:  248.544.0888
Facsimile:   248.544.3111

Attorneys for Defendants ARK LABORATORY, LLC dba HELIX DIAGNOSTICS, HAMID SATTAR, BRIAN TIERNEY, JAMES GROSSI, NORMAN KIMINAIA and JAMES BERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZIP MEDICAL BILLING, LLC, a Delaware Limited Liability Company; SIGNAL GENOMICS, LLC, a Delaware Limited Liability Company; SIGNAL DIAGNOSTICS, LLC, a Delaware Limited Liability Company;, <br><br>Plaintiffs,<br><br>v.<br><br>ARK LABORATORY, LLC dba HELIX DIAGNOSTICS, a Michigan Limited Liability Company; HAMID SATTAR, an individual; BRIAN TIERNEY, an individual; JAMES GROSSI, an individual; NORMAN KIMINAIA, an individual; and JAMES BERG, an individual, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:20-cv-09049-FMO-JEM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:  October 9, 2020<br><br>Initial Response Date: October 30, 2020<br><br>New Response Date:  November 12, 2020 |

1666737v1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Plaintiffs Zip Medical Billing, LLC, Signal Genomics, LLC, and Signal Diagnostics, LLC (collectively, "Plaintiffs") and Defendants James Grossi, Hamid Sattar, Brian Tierney, Norman Kiminaia, and James Berg (the "Individual Defendants"), by and through their counsel of record, hereby stipulate as follows pursuant to Central District Local Civil Rule 8-3:

1. The Individual Defendants were served with the Complaint on October 9, 2020.

2. The initial deadline for the Individual Defendants to respond is October 30, 2020.

3. Plaintiffs and the Individual Defendants agree they shall have to, and including, November 12, 2020, to respond to Plaintiffs' Complaint, which is an extension of less than 30 days. This extension will have no impact on any other deadlines in this action.

DATED: October 30, 2020        DOWNEY BRAND LLP


By: _____/s/ Annie S. Amaral_____
ANNIE S. AMARAL
Attorneys for Defendants

DATED: October 30, 2020        HOCHFELSON & KANI, LLP


By:   /s/ David Kani (*as auth'd on 10/29/2020*)
DAVID KANI
Attorneys for Plaintiffs ZIP MEDICAL BILLING, LLC, SIGNAL GENOMICS, LLC, SIGNAL DIAGNOSTICS, LLC

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 30, 2020          DOWNEY BRAND LLP

By: /s/ Annie S. Amaral
ANNIE S. AMARAL
Attorneys for Defendant ARK LABORATORY, LLC dba HELIX DIAGNOSTICS

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2020, I electronically filed the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David W. Kani
Hochfelsen Kani, LLP
895 Dove Street, Suite 300
Newport Beach, CA 92660
Tel: 714.907.0697
Dkani@hockani.com

*Counsel for Plaintiffs*

_____
Linda Cortez