DOWNEY BRAND LLP
ANNIE S. AMARAL (Bar No. 238189)
aamaral@downeybrand.com
J. PATRICK DOUST (Bar. No. 280917)
pdoust@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

WACHLER & ASSOCIATES, P.C.
ANDREW B. WACHLER (admitted *pro hac vice*)
AWachler@wachler.com
STEPHEN SHAVER (admitted *pro hac vice*)
SShaver@wachler.com
210 E. Third Street, Suite 204
Royal Oak, MI 48067
Telephone: 248.544.0888
Facsimile: 248.544.3111

Attorneys for Defendants ARK LABORATORY, LLC dba HELIX DIAGNOSTICS, HAMID SATTAR, BRIAN TIERNEY, JAMES GROSSI, NORMAN KIMINAIA and JAMES BERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZIP MEDICAL BILLING, LLC, a Delaware Limited Liability Company; SIGNAL GENOMICS, LLC, a Delaware Limited Liability Company; SIGNAL DIAGNOSTICS, LLC, a Delaware Limited Liability Company;, <br><br> Plaintiffs, <br><br> v. <br><br> ARK LABORATORY, LLC dba HELIX DIAGNOSTICS, a Michigan Limited Liability Company; HAMID SATTAR, an individual; BRIAN TIERNEY, an individual; JAMES GROSSI, an individual; NORMAN KIMINAIA, an individual; and JAMES BERG, an individual, and DOES 1 through 100, <br><br> Defendants. | Case No. 2:20-cv-09049-FMO-JEM <br><br> **STIPULATION GRANTING LEAVE TO AMEND AND SETTING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT (L.R. 8-3; FED. R. CIV. P. 15)** <br><br> Complaint Served: October 9, 2020 <br><br> Initial Response Date: October 30, 2020 |

1679447v1

STIPULATION GRANTING LEAVE TO AMEND AND SETTING TIME TO RESPOND TO AMENDED COMPLAINT

Plaintiffs Zip Medical Billing, LLC, Signal Genomics, LLC, and Signal Diagnostics, LLC (collectively "Plaintiffs") and Defendants Ark Laboratory, LLC dba Helix Diagnostics ("Helix"), James Grossi, and Norman Kiminaia (collectively "Defendants"), by and through their counsel of record, hereby stipulate as follows pursuant to Central District Local Civil Rule 8-3 and Federal Rule of Civil Procedure 15(a)(2):

1. Plaintiffs served the First Amended Complaint ("FAC") on Defendants on December 2, 2020.

2. Upon receipt of the FAC, Defendants reviewed the allegations and determined there were still grounds upon which to move to dismiss based on lack of personal jurisdiction, failure to state a claim for which relief can be granted, and failure to plead the fraud claims with requisite specificity.

3. Pursuant to the Court's Standing Order, the parties met and conferred by email on December 9, 2020, and telephonically on December 16, 2020, to discuss Defendants' anticipated motions to dismiss, as a result of which Plaintiffs agreed to amend their FAC to remove the eighth claim for relief for fraudulent inducement.

7. Plaintiffs and Defendants agree that Plaintiffs will file their Second Amended Complaint removing the eighth claim for relief by December 30, 2020.

8. In light of Plaintiffs' pending amendment to the FAC, Plaintiffs and Defendants agree that the filing of a response to the FAC on December 23, 2020, would not serve the interests of judicial economy and efficiency.

9. Plaintiffs and Defendants therefore stipulate that Defendants' respective responses shall be due 21 days after service of the Second Amended Complaint. Defendants reserve the right to respond by motion, if necessary.

| | | |
|---|---|---|
| 1 | DATED:  December 22, 2020 | DOWNEY BRAND LLP |
| 4 | | By:    /s/ Annie S. Amaral    |
| 5 | | ANNIE S. AMARAL<br>Attorneys for Defendants |
| 7 | DATED: December 22, 2020 | HOCHFELSON & KANI, LLP |
| 10 | | By:  /s/ David Kani (*as auth'd on 12/21/2020*)  |
| 11 | | DAVID KANI<br>Attorneys for Plaintiffs ZIP MEDICAL BILLING, LLC, SIGNAL GENOMICS, LLC, SIGNAL DIAGNOSTICS, LLC |

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| DATED:  December 22, 2020 | | DOWNEY BRAND LLP |
| | | By:    /s/ Annie S. Amaral    |
| | | ANNIE S. AMARAL<br>Attorneys for Defendant ARK LABORATORY, LLC dba HELIX DIAGNOSTICS |

DOWNEY BRAND LLP

1679447v1

3

STIPULATION GRANTING LEAVE TO AMEND AND SETTING TIME TO RESPOND TO AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December, 2020, I electronically filed the foregoing **STIPULATION GRANTING LEAVE TO AMEND AND SETTING TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT (L.R. 8-3; FED. R. CIV. P. 15)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David W. Kani
Hochfelsen Kani, LLP
895 Dove Street, Suite 300
Newport Beach, CA 92660
Tel: 714.907.0697
Dkani@hockani.com

*Counsel for Plaintiffs*

*/s/ Linda Cortez*
Linda Cortez