STEVEN I HOCHFELSEN, Bar No. 129491
DAVID W. KANI, Bar No. 243032
**HOCHFELSEN & KANI, LLP**
895 Dove St., Suite 300
Newport Beach, California 92660
Telephone: (714) 907-0697

Attorneys for Plaintiffs
ZIP MEDICAL BILLING, LLC,
SIGNAL GENOMICS, LLC, &
SIGNAL DIAGNOSTICS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZIP MEDICAL BILLING, LLC, a Delaware Limited Liability Company; SIGNAL GENOMICS, LLC, a Delaware Limited Liability Company; SIGNAL DIAGNOSTICS, LLC, a Delaware Limited Liability Company;<br><br>Plaintiff,<br>vs.<br><br>ARK LABORATORY, LLC dba HELIX DIAGNOSTICS, a Michigan Limited Liability Company; JAMES GROSSI, an individual; NORMAN KIMINAIA, an individual; and DOES 1 through 100<br><br>Defendants. | Case No. 2:20-cv-09049-FMO-JEM<br><br>**DECLARATION OF ALEX MESHKIN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Date:       February 18, 2021<br>Time:      10:00 a.m.<br>Courtroom: 6D<br>Judge:     Hon. Fernando M. Olguin |

- 1 –

**DECLARATION OF ALEX MESHKIN IN SUPPORT OF OPPOSITION TO MOTION TO DIMISS**

I, Alex Meshkin, declare as follows:

1. I am the Chief Executive Officer of Zip Medical Billing, LLC, a Delaware limited liability company ("Zip Medical"), Signal Genomics, LLC, a Delaware limited liability company ("Signal Genomics"), and Signal Diagnostics, LLC, a Delaware limited liability company ("Signal Diagnostics").  Zip Medical, Signal Genomics, and Signal Diagnostics ("Flowhealth Entities") are all wholly owned subsidiaries of Flow Health Laboratories, LLC, a California limited liability company, for which I also serve as Chief Executive Officer.  I know the matters stated in this declaration to be true from my own personal knowledge, and if called as a witness, I would and could testify competently thereto.

2. Defendants James Grossi ("Grossi") and Norman Kiminaia ("Kiminaia"), at all relevant times, knew that the Flowhealth Entities were headquartered in Los Angeles, California, and had full and actual knowledge that I, as their Chief Executive Officer, resided in Los Angeles, California for the following reasons:

    a. I first met Grossi and Kiminaia in 2017 in Michigan to discuss a potential business relationship with them. During that visit, Grossi, Kimiania and I had a conversation about my flight from Los Angeles to Michigan, Los Angeles weather and traffic. Prior to that visit, I had several conversations with Grossi regarding my flight from Los Angeles to Michigan, where we also discussed Los Angeles weather and traffic.  In fact, Grossi and I often compared Los Angeles weather, traffic, and the differences between life in Southern California to that of his hometown in Michigan during our conversations throughout our business relationship from 2017 through 2019.

    b. On or about June 27, 2018, Grossi took a personal trip to Catalina Island, off the coast of California.  He contracted me prior to and during his trip to schedule a meeting with me in Los Angeles, because he knew I lived there, before

HOCHFELSEN & KANI, LLP
895 Dove Street, Suite 300
Newport Beach, California 92660
Tel. (714) 907-0697

his flight back home to Michigan.

   c. The agreement between Zip Medical and Ark Laboratory includes a jurisdiction clause requiring all disputes to be resolve in Los Angeles, California. A true and correct copy of the agreement is attached the Second Amened Complaint as Exhibit 1.

   d. The agreement between Signal Genomics and Ark Laboratory includes a jurisdiction clause requiring all disputes to be resolve in Los Angeles, California. A true and correct copy of the agreement is attached the Second Amended Complaint as Exhibit 2.

3. Based on the forgoing, I am certain that Grossi and Kiminaia knew that the Flowhealth Entities were headquartered in California, and I, as their Chief Executive Officer resided in California.

I hereby declare that the above is true and correct and that this Declaration is executed under the laws of the Unite States of America on January 28, 2021 at Los Angeles, California.

*Alex Meshkin*
_____
Alex Meshkin

DECLARATION OF ALEX MESHKIN IN SUPPORT OF OPPOSITION TO MOTION TO DIMISS

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January 2021, I electronically filed the foregoing **DECLARATION OF ALEX MESHKIN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DOWNEY BRAND LLP
ANNIE S. AMARAL (Bar No. 238189)
aamaral@downeybrand.com
J. PATRICK DOUST (Bar. No. 280917)
pdoust@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

WACHLER & ASSOCIATES, P.C.
ANDREW B. WACHLER
(admitted *pro hac vice*)
AWachler@wachler.com
STEPHEN SHAVER
(admitted *pro hac vice*)
SShaver@wachler.com
210 E. Third Street, Suite 204
Royal Oak, MI 48067
Telephone:   248.544.0888
Facsimile:   248.544.3111

*COUNSELS FOR DEFENDANTS*

                                                        /s/ Paola Zuno

                                                   Paola Zuno

HOCHFELSEN & KANI, LLP
895 Dove Street, Suite 300
Newport Beach, California 92660
Tel. (714) 907-0697